**Order filed April 7, 2015.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-15-00205-CV

————————

### In the Interest of L.E.R., a Child

---

**On Appeal from the 314th District Court
Harris County, Texas
Trial Court Cause No. 2014-00691J**

---

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue. Both parents have appealed. Appellant's brief was due **April 2, 2015.** Counsel for the father requested and was granted an extension of time to file his brief until April 22, 2015. Counsel for the mother has not filed a brief or a request for an extension of time

Appeals in parental termination cases and child protection cases are to be brought to final disposition within 180 days of the date the notice of appeal is filed. See Tex. R. Jud. Admin. 6.2(a) (effective May 1, 2012). The accelerated schedule requires greater compliance with briefing deadlines. Therefore we **ORDER**

appointed counsel, **William M. Thursland**, to file appellant's brief on behalf of the mother no later than **April 22, 2015**. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.


PER CURIAM